```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21978
   CRAIG E ARMSTRONG
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5506

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/21/2007 and was confirmed 01/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  31.00%.

     The case was dismissed after confirmation 07/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
EASY AUTO CREDIT           SECURED VEHIC    6129.68          219.69          693.71
CENTRIX RESOURCE SYSTEM    SECURED VEHIC        .00             .00             .00
CENTRIX RESOURCE SYSTEM    UNSECURED      NOT FILED             .00             .00
HOME LOAN SERVICES         CURRENT MORTG        .00             .00             .00
HOME LOAN SERVICES         MORTGAGE ARRE   25519.51             .00             .00
RHONDA JOHNSON             NOTICE ONLY    NOT FILED             .00             .00
BELL GENERAL CU            UNSECURED       21122.69             .00             .00
BELL GENERAL CU            UNSECURED         703.74             .00             .00
GOTTLIEB MEMORIAL HOSPIT   NOTICE ONLY    NOT FILED             .00             .00
LOYOLA UNIVERSITY PHYNS    UNSECURED      NOT FILED             .00             .00
ILLINOIS DEPARTMENT OF E   UNSECURED        1425.00             .00             .00
MORTGAGE ELECTRONIC REGI   NOTICE ONLY    NOT FILED             .00             .00
NATIONWIDE ACCEPTANCE~     NOTICE ONLY    NOT FILED             .00             .00
NATIONWIDE LOYOLA CU       UNSECURED      NOT FILED             .00             .00
NATIONWIDE LOYOLA CU       UNSECURED      NOT FILED             .00             .00
NATIONWIDE LOYOLA CU       UNSECURED      NOT FILED             .00             .00
NICOR GAS                  UNSECURED         343.15             .00             .00
PIERCE & ASSOC             NOTICE ONLY    NOT FILED             .00             .00
WALINSKI & TRUNKETT        NOTICE ONLY    NOT FILED             .00             .00
WELLS FARGO FINANCIAL AC   NOTICE ONLY    NOT FILED             .00             .00
CENTRIX RESOURCE SYSTEM    NOTICE ONLY    NOT FILED             .00             .00
COOK COUNTY TREASURER      SECURED              .00             .00             .00
EASY AUTO CREDIT           UNSECURED        1220.32             .00             .00
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY     2,304.00                          441.36
TOM VAUGHN                 TRUSTEE                                           113.24
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,468.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 21978 CRAIG E ARMSTRONG
```

```
PRIORITY                                                              .00
SECURED                                                            693.71
     INTEREST                                                      219.69
UNSECURED                                                             .00
ADMINISTRATIVE                                                     441.36
TRUSTEE COMPENSATION                                               113.24
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                         1,468.00           1,468.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
    Dated: 10/29/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```